**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2201**

JOHNNY D. RICHARDSON,

                    Plaintiff – Appellant,

          v.

PETE GEREN, Secretary of the Army, Department of the Army,

                    Defendant – Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(1:08-cv-03121-CCB)

Submitted:  March 16, 2010          Decided:  March 19, 2010

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Johnny D. Richardson, Appellant Pro Se.  Alex Gordon, Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny D. Richardson appeals the district court's order granting the Appellee's motion to dismiss Richardson's complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Richardson v. Geren</u>, No. 1:08-cv-03121-CCB (D. Md. May 8, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>